

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Wyatt, Appellant

No. 06-12-00150-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 40,788-A).   Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect a plea of true and a finding of true to the first enhancement paragraph as well as the second enhancement paragraph.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Robert Wyatt, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 12, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk